United States District Court
District of Newhampshire

Ayer v. Dept. of Corrections,

Case No. 1:13-fp-00430

Motion to Dismiss, only if the Prisoner Litigation Reform Act Consent Form Mr. Ayer submitted is null and Void and This Court Waives the 350.00 filing fee plus $50.00 administative fee and no money leaves Mr. Ayer's account for the above.

Now comes Daniel Ayer, Pro se requesting this Court Dismiss this Case with the above conditions for the following reasons:

1. Mr. Ayer Recieve INTRA-Department Memorandum 10/17/13 signed by the Commissioner allowing alterations to Remove the Hoods on Hooded Sweatshirts also a shcedcule from the Recreation Department for drop off sweatshirts to be altered. (See Attached)

2. Number 1 is not everything Mr. Ayer was looking to address in this Case, Yet he will conceed and Dismiss the Matter only if he does not have to pay any fees fine etc. Mr. Ayer is Reasonable at this point, but will continue this claim if fees are imposed.

Wherefore Daniel Ayer Respectfully Requests this Honorable court to:

A) Dismiss this Case, only if all fees, fines, etc. are Null and Void and no money leaves MR. Ayer's Inmate Account Regarding this Case. Notify MR. Ayer of Dismissal before 11/1/13 so he can get alterations done.

B) Continue this Case if any fees, fines etc are imposed.

10/18/13

Respectfully Submitted

*Daniel Ayer*

Daniel Ayer #73914
P.O. Box 14 MCN 3A4
Concord, N.H. 03301



DEPARTMENT OF CORRECTIONS
STATE OF NEW HAMPSHIRE
P. O. BOX 1806
CONCORD, NH 03302-1806

**INTRA-DEPARTMENT MEMORANDUM**
*Office of the Commissioner*

| | | | |
|---|---|---|---|
| **TO:** | All Staff<br>All Inmates | **DATE:** | October 16, 2013 |
| **FROM:** | William L. Wrenn<br>Commissioner | **OFFICE:** | Commissioner's Office |
| **SUBJECT:** | Alterations to Remove the Hoods on Hooded Sweatshirts | **Phone:** | 271-5603 |

Effective October 21, 2013, inmates are allowed to have their hooded sweatshirts altered to remove the hood and to create a collar. This will place these sweatshirts in compliance with the no hood policy that will become effective on January 1, 2014. The alteration to the hood will be done at no cost to the inmate and will continue through December 20, 2013. Each facility will post the procedures for submitting the sweatshirts for this alteration. All alterations must be done by this approved alteration process. Individuals are not allowed to do their own alterations for themselves or others and violations would be subject to disciplinary action. Sweatshirts that are not in compliance with DOC policy because of added markings (i.e., nicknames, graphics, etc.) will not be altered.

THIS SERVICE IS BEING OFFERED TO INMATES TO ALLOW FOR FUTHER USE OF THEIR CURRENT HOODED SWEATSHIRTS. BY CHOOSING TO HAVE THEIR SWEATSHIRTS ALTERED, THE INMATE AGREES TO ASSUME ALL RISKS ASSOCIATED WITH THIS SERVICE. NO CLAIMS WILL BE APPROVED FOR ANY DAMAGES TO THE SWEATSHIRT THAT MAY OCCUR DURING THIS PROCESS.

*William L. Wrenn*
William L. Wrenn
Commissioner

# Concord Recreation Department

### Hooded Sweatshirt Altercations

The Recreation Department will be accepting hooded sweatshirts to have the hoods removed and sewn allowing for a two inch collar free of charge. These alterations are necessary if you wish to keep your sweatshirts minus the hood or else you have to five day notice them as of January 1, 2014, per order of the Commissioner. The thread being used is to be a color not sold in the canteen, so as to ensure all sweatshirts are the same.



### Sweatshirt Drop-Off Schedule

Friday Oct. 18th
Friday Oct. 25th
Friday Nov. 1st
Friday Nov. 8th
@
8:30am
9:00am
10:00am
1:00pm

Movement times
*No exceptions! Recreation will not accept sweatshirts after these dates. Please plan accordingly.*

### Requirements for sweatshirt drop-offs

- Your name and ID # must be clearly marked on sweatshirt
- Please wash sweatshirt before drop-off
- A list w/ ID #'s will be posted for finished sweatshirts on Fridays at the gate house
- Drop off and Pick-up will be at the Hobby Craft entrance at above scheduled times