UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Ayer

v.                                          Case No. 1:13-fp-430-JL

NH Department of Corrections,
Commissioner

O R D E R

Pursuant to Fed. R. Civ. P. 41(a)(1), the motion for voluntary dismissal (doc. no. 5) of the complaint is granted. The pending motions to appoint counsel (doc. no. 2) and for in forma pauperis status (doc. no. 4) are terminated. The case is dismissed without prejudice.

**SO ORDERED.**

_____
Joseph N. Laplante,
Chief Judge

Date: October 24, 2013

cc: Daniel Ayer, pro se